Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                        Plaintiff,

v.                                       Criminal No. 04-88 (1) (RHK/AJB)

Joshua Nathan Linsk,

                        Defendant.

     On <u>December 10, 2004,</u> the above Defendant was placed on probation for a period of 5 years. This Defendant has complied with the rules and regulations of his probation.

     Accordingly, **IT IS ORDERED** that the Defendant be discharged from probation and the proceedings in the case be terminated.

Dated: February 7, 2008

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge

c: Karen L. Godin, Senior U.S. Probation Officer